# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**WILLIAM A. RYAN** *et al.*,

    **Plaintiffs,**

v.                                                         Case No. 8:12-cv-918-JSM-TBM

**AKAL SECURITY, INC.,**

    **Defendant.**

_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*. A district court judge must recuse himself "in any proceeding in which his impartiality might reasonably be questioned." 28 U.S.C. § 455 (2006); *see Microsoft Corp. v. U.S.*, 530 U.S. 1301, 1301 (2000). "Under § 455, 'a judge is under an affirmative, self-enforcing obligation to recuse himself *sua sponte* whenever the proper grounds exist.'" *U.S. v. Disch*, 347 Fed.Appx. 421, 422 (11th Cir. 2009) (quoting *U.S. v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989)).

Plaintiffs in this case are employed as Court Security Officers in the Middle District of Florida, Tampa Division, and are responsible, in part, for the undersigned's safety and security. In light of this relationship, the Court feels obligated to recuse himself from the instant matter.

It is therefore ORDERED AND ADJUDGED that:

1.     The undersigned recuses himself from the instant matter.

2. The Clerk of Court shall reassign the case to another judge in accordance with established procedures.

**DONE** and **ORDERED** in Tampa, Florida on May 3, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2012\12-cv-918.recusal.frm